UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY BAUMGARDNER,<br>Plaintiff, | Case No. 1:11-cv-794<br>Beckwith, J.<br>Litkovitz, M.J. |
| vs. | |
| TENACITY MANUFACTURING<br>COMPANY, *et al.*,<br>Defendants. | ORDER |

This matter is before the Court following a telephonic discovery conference held July 2, 2013. By agreement of the parties and with the consent of the Court, the following discovery may be conducted beyond the discovery deadline imposed in this case: (1) the deposition of Patrick Williams on July 15, 2013; and (2) the deposition of plaintiff's expert witness on July 25, 2013. Plaintiff shall provide the expert witness report to counsel for defendant no later than July 17, 2013. With the exception of the above, the scheduling deadlines set forth in the Court's Orders of March 18 and March 20, 2013 shall remain in effect.

**IT IS SO ORDERED.**

Date: 7/2/13

Karen L. Litkovitz
United States Magistrate Judge